UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MOVEIT CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 1:23-md-03083-ADB |
| CANDACE COOPER-LEONARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLTOK, INC., VIRGIN PULSE, INC., SUTTER HEALTH, and PROGRESS SOFTWARE CORPORATION,<br><br>Defendants. | Case No. 1:23-cv-13052-ADB |

## NOTICE OF APPEARANCE OF STEVEN M. NATHAN

Please enter the appearance of Steven M. Nathan, of the firm, HAUSFELD LLP, 33 Whitehall Street, 14th Floor, New York, NY 10004, Telephone: (646) 357-1194, on behalf of Plaintiff Candace Cooper-Leonard, and the proposed class(es) identified in the above-captioned complaint.

Dated: December 14, 2023                              Respectfully Submitted,

*/s/ Steven M. Nathan*
Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall Street
14th Floor
New York, NY 10004
Telephone: (646) 357-1194
Email: snathan@hausfeld.com

1

## CERTIFICATE OF SERVICE

I, Steven M. Nathan, hereby certify that on December 14, 2023, I caused a copy of the foregoing Notice of Appearance to be filed electronically with the Clerk of the Court via the Court's CM/ECF electronic filing system, which will send a notification to all counsel of record.

*/s/ Steven M. Nathan*
Steven M. Nathan